## UNION BANK OF LOUISIANA *v.* CAMPBELL.

In an action against the endorser of a note who resided at the time of the protest in the parish of S——, the certificate of a notary, by whom the note was protested, " that the parties were duly notified of the protest thereof, by letters to them written and addressed, &c., and served upon them in the manner following, by means of written notices,addressed to the endorsers, all of the parish of St. Mary, which notices I deposited in the post-office," &c., will be insufficient to charge the endorser. *Per Curiam :* The notary certifies that the endorsers were " all of the parish of S.", but we are not permitted to infer that the notices were addressed " Parish of S." In the absence of any further direction, the letter enclosing the notes would have remained in the office in which it was deposited.

APPEAL from the District Court of St. Mary, *Voorhies,* J. *I. E. Morse* and *Nicholls,* for the appellants. *Splane,* for the defendant. The judgment of the court was pronounced by

UNION BANK
v.
CAMPBELL.

SLIDELL, J.  The defendant is sued as endorser of a promissory note, and the case turns upon the question of notice.  At the time of the protest the defendant lived in the parish of St. Mary, and Franklin was the post-office nearest to his residence.  The certificate of the notary declares, "that the parties were duly notified of the protest thereof by letters to them written and addressed, dated on the day of said protest, and served upon them respectively in the manner following, viz : by means of three written notices addressed to the drawer, *J. Smith*, and to the endorsers, *James Campbell* and *James S. Norris*, all of the parish of St. Mary, which three notices I have deposited in the post-office at St. Martinsville, and by leaving and furnishing the said cashier, *Adrien Dumartrait*, similar notices as those directed as aforesaid."  This certificate is insufficient to charge the endorser.  It does not show that the notice was addressed to any place.  It certifies that the drawer and endorsers were " all of the parish of St. Mary," but we are not permitted to infer from this that the notices were addressed " parish of St. Mary."  In the absence of a statement of place, in the address of the letter, it would remain in the post-office at St. Martinsville, instead of being transmitted to Franklin ; in other words, it would not reach the endorser.                              *Judgment affirmed.*